UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION – IN ADMIRALTY

CIVIL ACTION NO. 4:22-CV-00019-D

| | |
|---|---|
| SCOTT L. PUMPHREY and KAREN E. PUMPHREY, <br><br>Plaintiffs, <br><br>vs. <br><br>ATLANTIC COAST MARINE GROUP, INC. d/b/a TOWBOATUS BEAUFORT, <br><br>Defendant. | **ORDER GRANTING JOINT MOTION FOR COURT-HOSTED SETTLEMENT CONFERENCE** |

This matter is before the Court on the parties' Joint Motion for Court-Hosted Mediation. Good cause having been shown, the motion is GRANTED and this matter is referred to United States Magistrate Judge Robert Jones to conduct a Court-Hosted Settlement Conference.

SO ORDERED. This __2__ day of June, 2022.

JAMES C. DEVER III
United States District Judge