IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:22-CV-19-D

| | | |
|---|---|---|
| SCOTT L. PUMPHREY, and | ) | |
| KAREN E. PUMPHREY, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ATLANTIC COAST MARINE | ) | |
| GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The court has reviewed defendant's motion to strike under the governing standard. The court DENIES defendant's motion to strike [D.E. 14].

SO ORDERED. This the 15 day of July, 2022.

JAMES C. DEVER III
United States District Judge