IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:22-CV-19-D

| | |
|---|---|
| SCOTT L. PUMPHREY and KAREN E. PUMPHREY, </br></br> Plaintiffs, </br></br> v. </br></br> ATLANTIC COAST MARINE GROUP, INC., *d/b/a Towboat US Beaufort*, </br></br> Defendant. | ORDER |

This matter is before the court on Plaintiffs' unopposed motion to modify the attendance requirements for the Friday, December 16, 2022 court-hosted settlement conference. [DE-31]. Plaintiffs request that their attendance be excused from the court-hosted settlement conference because they reside out of state. Plaintiffs' insurance representatives also request that they be permitted to appear remotely. For good cause shown, the motion is allowed, and Plaintiffs may be excused from attendance and Plaintiffs' insurance representatives may appear remotely at the court-hosted settlement conference. A member of the court's IT staff will contact counsel for Plaintiffs to coordinate the remote appearance. Nothing in this order shall be construed to reduce participation in the conference as appropriate.

SO ORDERED, the 12th day of December, 2022.

Robert B. Jones, Jr.
United States Magistrate Judge